IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff | : | Case No.   3:20-CR-6 (1) |
| vs. | : | HONORABLE WALTER H. RICE |
| Jones, Irvin Dwan | : | |
| Defendant | : | |

ORDER AMENDING BOND CONDITIONS

For good cause shown, the Court hereby amends the bond conditions filed in this matter on August 7, 2020, removing the following condition:

1. *Participate in one of the following location restriction programs and abide by all the requirements of the program which will include (X) Electronic Monitoring. Curfew.*

All other bond conditions remain in full force and effect.

Date: 9/10/2020

(tp - per Judge Rice authorization after his review)

HONORABLE WALTER H. RICE
UNITED STATES DISTRICT JUDGE